**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Wells Fargo Business Credit, Inc.,

Plaintiff,

vs.

NEXIFM, Inc.;
Gustavo G. Vela; and
Susana Vela;

Defendants.

---

Civil No. 01-1903 (ADM/AJB)

**ORDER EXTENDING TIME TO ANSWER COUNTERCLAIM**

This matter came before the Court on the parties' stipulation to an order allowing the plaintiff an extension of time to February 22, 2002 to answer or otherwise defend against the defendants' counterclaim in this action. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff Wells Fargo Business Credit, Inc. shall have until February 22, 2002 to answer or otherwise defend against the defendants' counterclaim in this action.

SO ORDERED.

Dated: 2/25/, 2002

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

M2:20444396.01

FEB 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wells Fargo Business Credit, Inc.,

Plaintiff,

vs.

NEXIFM, Inc.;
Gustavo G. Vela; and
Susana Vela;

Defendants.

Civil No. 01-1903 (ADM/AJB)

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER COUNTERCLAIM**

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

Dated: February 22, 2002

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys for Plaintiff

Dated: February 21, 2002

FELHABER LARSON FENLON & VOGT, P.A.

Stephen E. Yoch (#213901)
225 South Sixth Street
Suite 4200
Minneapolis, MN 55402-4302
(612) 339-6321

Attorneys for Defendants

M2:20444396.01

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK