**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wells Fargo Business Credit, Inc.,

Plaintiff,

v.

**ORDER**
Civil No. 01-1903 ADM/AJB

NEXIFM, Inc.,
Gustavo G. Vela, and
Susana Vela,

Defendants.

---

Erin K. Turner, Esq., Faegre & Benson L.L.P., Minneapolis, MN, appeared for and on behalf of Plaintiff.

Stephen E. Yoch, Esq., Felhaber, Larson, Fenlon & Vogt, P.A., Minneapolis, MN, appeared for and on behalf of Defendants.

---

On April 18, 2002, the undersigned United States District Judge heard Plaintiff's Motion to Dismiss Counts II and III of Defendants' Counterclaim [Doc. No. 14]. Based upon the arguments of counsel, together with all of the files, records and proceedings, and for the reasons articulated at the conclusion of the hearing, **IT IS HEREBY ORDERED** that Counts II and III of Defendants' Counterclaim are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2002

FILED APR 18 20[illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK