**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wells Fargo Business Credit, Inc.,

Plaintiff,

vs.

NEXIFM, Inc.;
Gustavo G. Vela; and
Susana Vela;

Defendants.

Civil No. 01-1903 (ADM/AJB)

**ORDER OF DISMISSAL**

This matter came before the Court on the parties' stipulation to an order dismissing this action in its entirety with prejudice. Based on the parties' stipulation,

IT IS HEREBY ORDERED that this action is DISMISSED in its entirety with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED.

Dated: March 10, 2002

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

M2:20527501.01

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wells Fargo Business Credit, Inc.,

Plaintiff,

vs.

NEXIFM, Inc.;
Gustavo G. Vela; and
Susana Vela;

Defendants.

Civil No. 01-1903 (ADM/AJB)

**STIPULATION TO**
**ORDER OF DISMISSAL**

The parties, through their undersigned counsel, hereby stipulate that in light of the parties' settlement of their dispute, this action is hereby dismissed under Fed. R. Civ. P. 41 in its entirety with prejudice, and the Court may enter the attached order without further notice or a hearing.

Dated: March 7, 2003

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
Erin K. Turner (#305923)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorneys for Plaintiff

Dated: March 7, 2003

FELHABER LARSON FENLON & VOGT, P.A.

Stephen E. Yoch (#213901)
30 East Seventh Street
Suite 2100
St. Paul, MN 55101
(651) 222-6321

Attorneys for Defendants

M2:20527501.01

FILED ______
RICHARD D. SLETTEN, CL
JUDGMENT ENTD ______
DEPUTY CLERK ______

ADM

FAEGRE & BENSON LLP

2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402-3901
TELEPHONE 612.766.7000
FACSIMILE 612.766.1600

CHARLES F. WEBBER
612.766.8719

March 7, 2003

Clerk of U. S. District Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**BY MESSENGER**

RECEIVED
03 MAR -7 PM 4:55

Re: Wells Fargo Business Credit, Inc. v. NEXIFM, Inc., et al.

Dear Clerk:

Enclosed for filing in the above case is a Stipulation to Order of Dismissal and a proposed Order of Dismissal for Judge Montgomery's signature. Please call me at 612-766-8719 if you have any questions or need more information. Thank you.

Very truly yours,

Charles F. Webber

CFW:webcf
Enclosures
cc: Stephen E. Yoch (by facsimile)

M2:20527730.01